AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

**NORTHERN** DISTRICT OF **NEW YORK**

UNITED STATES OF AMERICA

v.

JOHN J. TIGHE,

        Defendant.

**WAIVER OF INDICTMENT**

CASE NUMBER: 1:14-CR-464 (TJM)

    I, **JOHN J. TIGHE**, the above-named defendant, who is accused of violating the provisions of 18 U.S.C. §§ 2252A(a)(2)(A) & (b)(1) and 2252A(a)(5)(B) & (b)(2), that is, receipt and possession of child pornography, and having been advised of the nature of the charge, the proposed information, and of my rights, I hereby waive in open court on _____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
JOHN J. TIGHE
Defendant

_____
Lee C. Kindlon, Esq.
Counsel for Defendant

Before _____
Hon. Thomas J. McAvoy
United States District Court Judge
Northern District of New York

Dated: January 26, 2015