USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 14-CR-464 |
| DEFENDANT | TYPE OF PROCESS |
| John J. Tighe | Forfeiture - Arrest |

ORIGINAL

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

RICHARD S. HARTUNIAN, U.S. Attorney
U.S. Attorney's Office
218 James T. Foley Courthouse
445 Broadway
Albany, New York 12207

| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please arrest the property and place in your custody.
(CATS: 14-FBI-007719 - (there are 9 items, see attached list from CATS)

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
APR 28 2014
AT _____ O'CLOCK _____
Lawrence K. Baerman, Clerk - Syracuse
3/13/15

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
Sean K. O'Dowd, AUSA
TELEPHONE NUMBER: 518.431.0247

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 52 | District to Serve No. 52 | Signature of Authorized USMS Deputy or Clerk | Date 3-16-15 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date 3/20/15   Time ☐ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
| $65.00 | | | $65.00 | | $0.00 |

REMARKS:
ASSET IN USMS CUSTODY SINCE 3/19/15

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

## Item/Contents List

Asset ID: 14-FBI-007719  
Asset Description: Miscellaneous Electronic Equipment  
Seizure No: 3010150022  
Case No: 305D-AL-4654067

### Items/Contents

| Item No | Count | Asset Type | Asset Sub-Type | Item Value | Condition |
|---|---|---|---|---|---|
| 1 | 1 | Electronic Equipment | Computer Equipment | $152.54 | Fair |

* Desc: Gateway Desktop  
Ser No: PTGCPPZ0032100274963  Make: Gateway  
Model: DX4860  Style:  Deposit Date:  
Appraisal Date:

| 2 | 1 | Electronic Equipment | Computer Equipment | $273.08 | Fair |

* Desc: HP All-In-One  
Ser No: 4CS0380G416  Make: Hewlett Packard  
Model:  Style:  Deposit Date:  
Appraisal Date:

| 3 | 1 | Electronic Equipment | Computer Equipment | $67.36 | Fair |

* Desc: Western Digital Elements SE 1TB Hard Drive  
Ser No: WX11C62N3228  Make: Western Digital  
Model:  Style:  Deposit Date:  
Appraisal Date:

| 4 | 1 | Electronic Equipment | Computer Equipment | $35.14 | Fair |

* Desc: Western Digital My Passport Essential 320GB Hard Drive  
Ser No: WXEX08C60451  Make:  
Model:  Style:  Deposit Date:  
Appraisal Date:

| 5 | 1 | Electronic Equipment | Computer Equipment | $15.64 | Fair |

* Desc: Western Digital Passport 160GB Hard Drive  
Ser No: WXEZ06226715  Make:  
Model:  Style:  Deposit Date:  
Appraisal Date:

| 6 | 1 | Electronic Equipment | Computer Equipment | $36.42 | Fair |

* Desc: Western Digital Elements Desktop 1TB  
Ser No: WCAV57561751  Make:  
Model:  Style:  Deposit Date:  
Appraisal Date:

| 7 | 1 | Electronic Equipment | Computer Equipment | $29.34 | Fair |

* Desc: Western Digital My Book Essential Desktop 500GB  
Ser No: WCASU3025049  Make:  
Model:  Style:  Deposit Date:  
Appraisal Date:

| 8 | 1 | Electronic Equipment | Computer Equipment | $15.64 | Fair |

* Desc: Western Digital Passport 160GB  
Ser No: WXHY07098431  Make:  
Model:  Style:  Deposit Date:  
Appraisal Date:

| 9 | 1 | Electronic Equipment | Computer Equipment | $5.00 | Fair |

* Desc: PNY 8GB Flash Drive  
Ser No:  Make:  
Model:  Style:  Deposit Date:  
Appraisal Date: