Tuesday, June 9, 2015 - Albany, NY
Hon. Thomas J. McAvoy, Presiding
Clerk:       M. Price
Steno:       T. Casal

UNITED STATES OF AMERICA

       VS.                                    CRIMINAL NO.  1: 14-CR-464

JOHN J. TIGHE

APPEARANCES:    AUSA Michael Barnett for Govt;   Lee Kindlon, Esq. for Deft;   USPO Angela Bennett-Rodriguez present

2:00 PM    In court; sentencing commences with defendant present in open court w/ counsel. Defendant sentenced on both counts 1 & 2 of felony Information and committed to BOP custody for a term of imprisonment of 70 months on each count w/ such counts to run concurrently.  Total term of imprisonment is 70 months.  Court recommends to BOP that defendant participate in sex offender treatment and be designated to a facility that can accommodate defendant's medical needs & provide treatment close to the Albany, NY area.  Restitution in amount of $11,900.00 ordered due & payable as directed; interest requirement waived.  Forfeiture ordered as directed.  Supervised Release of 15 years on each count 1 & 2, to run concurrently.  Special Conditions: 1) cost contribution  2) no direct and/or indirect contact w/ minors  3) refrain from any area where minors are likely to congregate  4) sex offender registration  5) mental health treatment  6) use of polygraph, etc.  7) personal computer use restriction w/ CIMP compliance  8) employment computer restriction w/ 3rd party notification  9) refrain from sexually explicit materials  and  10) refrain from alcohol use, etc.  Total Special Assessment of $200.00 due immediately.  No fine and/or add'l costs imposed.  Parties advised appeal rights.  Defendant directed to self-surrender at designated BOP facility by 2:00 PM on 7/21/2015.

2:25 PM    Court stands adjourned.