USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

| U.S. Department of Justice<br>United States Marshals Service | **ORIGINAL** PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>14-CR-464 |
|---|---|
| DEFENDANT<br>John J. Tighe | TYPE OF PROCESS<br>Forfeiture - Disposal |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

RICHARD S. HARTUNIAN, U.S. Attorney
U.S. Attorney's Office
218 James T. Foley Courthouse
445 Broadway
Albany, New York 12207

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAR 20 2017
AT _____ O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service): Fold

Please dispose of the property in accordance with law.
(CATS: 14-FBI-007719 - ( 9 items, see attached list from CATS)

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Sean K. O'Dowd, AUSA / by jdt
TELEPHONE NUMBER: 518.431.0247
DATE: 10/25/16

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 52 | District to Serve No. 52 | Signature of Authorized USMS Deputy or Clerk<br>JJ Brown | Date<br>10-25-16 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 3-17-17    Time: ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee<br>$8.00 | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges<br>$8.00 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00 |
|---|---|---|---|---|---|

REMARKS: Items 1+2 Destroyed 3-17-17
Items 3-9 Destroyed 1-11-17

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

## UNITED STATES MARSHALS SERVICE

### SEIZED PROPERTY AND EVIDENCE CONTROL FORM (USM-102)
### ITEMIZATION LIST

District              : 3010  Albany  
Sub-Office            :  
OIA Case Number       : 305D-AL-4654067  
OIA Agency            : FBI  
Court Case Name       : US v. John J. Tighe  
Court Case Number     : 14-CR-464  
Asset Identification  : 14-FBI-007719  

Forfeiture Type : Criminal  
Gov't/Private   : Govt-Forfeiture  

Seizure Number : 3010150022

| Item Seq. No. | Count | Item Description/Serial Number/Condition/Item Type/PACES Barcode/Disposition Type | | Item Value |
|---|---|---|---|---|
| 1 | 1 | Gateway Desktop<br>PTGCPP20032100274963<br>EL | Fair | $1.00 |
| 2 | 1 | HP All-in-One<br>4CS0380GY6<br>EL | Fair | $1.00 |
| 3 | 1 | Western Digital Elements SE 1TB Hard Drive**NOT II<br>WX11C62N3228<br>EL | Fair | $67.36 |
| 4 | 1 | Western Digital My Passport Essential 320GB Hard Dri<br>WXEX08C80451<br>EL | Fair | $35.14 |
| 5 | 1 | Western Digital Passport 160GB Hard Drive**NOT IN<br>WXEZ06226715<br>EL | Fair | $15.64 |
| 6 | 1 | Western Digital Elements Desktop 1TB**NOT IN USN<br>WCAV57561751<br>EL | Fair | $36.42 |
| 7 | 1 | Western Digital My Book Essential Desktop 500GB**N<br>WCASU3025049<br>EL | Fair | $29.34 |
| 8 | 1 | Western Digital Passport 160GB**NOT IN USMS CUS<br>WXHY07098431<br>EL | Fair | $15.64 |
| 9 | 1 | PNY 8GB Flash Drive**NOT IN USMS CUSTODY**<br>EL | Fair | $5.00 |